IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| SHOSHANNAH PASS, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEO COMMUNICATIONS US, LLC and SAM'S WEST, INC. d/b/a SAM'S CLUB, <br><br> Defendants. | Case No.: 3:25-cv-50186 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Shoshannah Pass, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendants, Cleo Communications US, LLC and Sam's West Inc., d/b/a Sam's Club, without prejudice.

Dated: April 28, 2025

Respectfully submitted,

By: /s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

Jeff Ostrow (*pro hac vice forthcoming*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-332-4200
ostrow@kolawyers.com

*Attorney for Plaintiff and*
*The Proposed Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

                                           *s/ Gary M. Klinger*
                                           Gary M. Klinger